Jeffrey Neiman (FL Bar No. 544469)
jneiman@nmfalawfirm.com
*Pro Hac Vice Forthcoming*
Bryan Almeida (FL Bar No. 1005558)
balmeida@nmfalawfirm.com
*Pro Hac Vice Forthcoming*
NEIMAN MAYS FLOCH & ALMEIDA, PLLC
550 S. Andrews Ave., Ste 720
Fort Lauderdale, FL 33301
Telephone: 954-462-1200
Michael Freedman (SBN 281279)
michael@thefreedmanfirm.com
THE FREEDMAN FIRM PC
1801 Century Park E., Ste 450
Los Angeles, CA 90067
Telephone: 310-285-2210

Attorneys for Defendant
SHE SELLS ACADEMY LLC

Victor J. Sandoval (SBN 344461)
victor@almeidalawgroup.com
ALMEIDA LAW GROUP LLC
3415 S. Sepulveda Blvd., Ste 1121
Los Angeles, CA 90034
Telephone: 562-534-5907

Attorney for Plaintiff
KRISTINE MCKAUGHAN

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRISTINE MCKAUGHAN, *individually and on behalf of all other similarly situated*, <br><br> Plaintiff, <br><br> v. <br><br> SHE SELLS ACADEMY LLC, <br><br> Defendant. | Case No. 2:26-cv-01282-DMC <br><br> **ORDER EXTENDING DEFENDANT'S TIME TO RESPOND TO PLAINTIFF'S CLASS ACTION COMPLAINT** <br><br> Action filed: 04/02/26 |

1

## [PROPOSED] ORDER

The Court, having read and considered the Parties' Joint Stipulation to Extend Defendant's Time to Respond to Plaintiff's Class Action Complaint, and good cause appearing:

IT IS HEREBY ORDERED that the deadline for Defendant to respond to Plaintiff's Class Action Complaint by answer, motion to dismiss, or otherwise is extended through June 1, 2026.


**IT IS SO ORDERED**.

Dated:  May 7, 2026

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

2

ORDER EXTENDING DEFENDANT'S TIME TO RESPOND TO PLAINTIFF'S CLASS ACTION COMPLAINT