**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KRISTINE MCKAUGHAN, *individually and on behalf of all others similarly situated*, | Case No. 2:26-cv-01282-DMC |
| Plaintiff, | **ORDER EXTENDING DEFENDANT'S TIME TO RESPOND TO PLAINTIFF'S CLASS ACTION COMPLAINT** |
| v. | Action Filed: 04/02/26 |
| SHE SELLS ACADEMY LLC, | |
| Defendant. | |

The Court, having read and considered the Parties' Joint Stipulation for Second Extension of Time to Respond to Plaintiff's Class Action Complaint, ECF No. 8, which is signed by all parties, and good cause appearing, IT IS HEREBY ORDERED that the deadline for Defendant to respond to Plaintiff's Class Action Complaint by answer, motion to dismiss, or otherwise is extended through June 22, 2026.

**IT IS SO ORDERED**.

Dated:  June 2, 2026

_____

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

1