**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KRISTINE McKAUGHAN,<br>Plaintiff,<br>v.<br>SHE SELLS ACADEMY LLC,<br>Defendant. | No. 2:26-cv-1282-DMC<br><br>ORDER |

Plaintiff, who is proceeding with retained counsel, brings this civil action. Plaintiff has filed a notice of voluntary dismissal. Because no answer or motion for summary judgment has been filed, leave of Court is not required and the action is dismissed without prejudice on Plaintiff's notice. See Fed. R. Civ. P. 41(a)(1)(A)(i). The Clerk of the Court is directed to close this file.

IT IS SO ORDERED.

Dated: July 23, 2026

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE